IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CYNTHIA A. HAGEMAN,

                          Plaintiff,                                    ORDER

         v.                                                          11-cv-377-wmc

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.

         In an order entered on May 31, 2011, I told plaintiff that before the court could consider her request to proceed *in forma pauperis*, she would need to submit by June 21, 2011 information to the court identifying the final decision of the commissioner that she is challenging.  It is now June 30, 2011, and plaintiff has not provided the requested information or asked for more time within which to do so.  Because plaintiff is proceeding *pro se*, I will allow her one more opportunity to submit this information.

         But if plaintiff fails to submit the request information either by submitting a copy of the administrative law judge's decision or a copy of a letter from the Appeals Council authorizing her to file a federal action, then her complaint will be dismissed for failure to prosecute.

ORDER

         IT IS ORDERED that plaintiff may have until July 14, 2011 to submit information to the court identifying the final decision that she is challenging.  If she fails to respond to this order, her complaint will be dismissed for failure to prosecute.

         Entered this 30th day of June, 2011.

                                             BY THE COURT:

                                             /s/

                                             STEPHEN L. CROCKER
                                             Magistrate Judge