IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CYNTHIA A. HAGEMAN,

                    Plaintiff,

      v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

ORDER

11-cv-377-wmc

        In an order entered on May 31, 2011, I told plaintiff that before the court could consider her request to proceed *in forma pauperis*, she would need to submit by June 21, 2011 information to the court identifying the final decision of the commissioner that she is challenging.  On June 30, 2011, I allowed her one more opportunity to submit this information by July 14. 2011.

        On July 13, 2011, plaintiff submitted a copy of the Notice of Appeals Council Action, dated December 2, 2010.   Because her complaint was filed in this court on May 27, 2011, which is significantly more than 60 days after December 2, 2010, plaintiff's complaint appears to be untimely.  I will give plaintiff until August 22, 2011 to show why her case should not be dismissed as untimely.

ORDER

        IT IS ORDERED that plaintiff may have until August 22, 2011 to show why her compliant should not be dis missed as untimely.  If she fails to respond to this order, her complaint will be dismissed as untimely..

        Entered this 20th day of July, 2011.

                    BY THE COURT:

                    /s/

                    STEPHEN L. CROCKER
                    Magistrate Judge