IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CYNTHIA A. HAGEMAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

11-cv-377-wmc

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

    Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Michael J. Astrue, Commissioner of Social Security, granting his motion to dismiss this case as untimely.

| | |
|---|---|
| *s/ Peter Oppeneer* | 2/27/2013 |
| Peter Oppeneer, Clerk of Court | Date |